UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61471-CV (Judge Williams/Simonton)

THOMAS S. ROSS, )
       Plaintiff )
vs. )
  )
APPLE INC., a California corporation )
  ) **JURY TRIAL DEMANDED**
      Defendant )

**SUMMONS**

FILED BY _____ D.C.
AUG - 1 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

To:  Tim Cook, CEO
APPLE, INC.
c/o CT CORPORATION SYSTEM
818 West Seventh St. STE 930
Los Angeles, CA 905014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, THOMAS S. ROSS, *Pro Se*, whose address is P.O. Box 279381, Miramar, Florida 33027.

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**STEVEN M. LARIMORE**

Date: __AUG - 1 2016__, 2016

_____ Clerk of Court

(Court Seal)