UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61471-CV (Judge Williams/Simonton)

FILED BY _CPM_ D.C.

AUG 1 0 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THOMAS S. ROSS,                            )
              Plaintiff                    )
vs.                                        )
                                           )
APPLE INC., a California corporation       )
                                           )
              Defendant                    )
_____

## MOTION FOR REIMBURSEMENT OF COSTS OF SERVICE OF SUMMONS PURSUANT TO RULE 4

NOW COMES PLAINTIFF, Thomas S. Ross (Ross), *PRO SE,* states as follows and, in support

thereof,  includes Affidavit in Support of Motion For Reimbursement of Costs, as captioned

above, and exhibits attached thereto, by reference:

      1.    On June 27, 2016, Ross filed the Complaint in *Thomas S. Ross v Apple,*

*Inc.*, case No. 16-61471-CV, with the Clerk of Court.

      2.    On June 27, 2016, Ross forwarded the Complaint, the Plaintiff's Affidavit

in Support of the Complaint, and, a Request of Waiver of Summons, pursuant to Rule 4

of the Federal Rules of Civil Procedure, to the last known counsel of record, Jeffrey

Lasker, by U.S. Mail, except that the self-addressed envelope to be used to return the

response to the Request, was accidentally omitted, and the exhibits were not included, but

an offer to send them upon request, was included in the cover letter to the opposing party.

      3.    On July 7, 2016, Ross forwarded to the last known counsel of record,

Jeffrey Lasker, by U.S. Mail, a 2nd package containing the Complaint *sans* the Exhibits,

the Affidavit in Support and the Request for Waiver of Summons, this time, including the

stamped, self-addressed envelope, as required by FRCP Rule 4.

4.      On July 18, 2916, Ross, once again, forwarded by U.S. Mail, this time Certified, a 3rd package containing a copy of the Complaint *sans* the Exhibits, the Affidavit in Support and the Request for Waiver of Summons, not only to Jeffrey Lasker, Esq., the last know counsel of record for Apple, Inc., but also to the Registered Agent of record for Apple, Inc., CT Corporation System, 818 West Seventh St., Suite 930, Los Angeles, CA 90017.

5.      As of August 1, 2016, Ross had not received a response by the Defendant.

6.      Accordingly, on August 1, 2016, Ross obtained a SUMMONS, duly signed by the Clerk of the Court or its authorized Deputy Clerk of the Court, as provided by Rule 4, and dispatched same to a Process Server duly qualified as provided by Rule 4.

7.      Cost to affect Service of Process was **$250.23**.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Ross prays that this honorable Court orders Apple, Inc. to reimburse him the total amount of the costs to serve the SUMMONS, as provided by Rule 4, or provide such other relief as the Court may deem just and proper.

THOMAS S. ROSS

Dated: August 9 , 2016

Respectfully submitted,

THOMAS S. ROSS
*Pro Se* Attorney
P.O. Box 279381
Miramar, Florida 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-cv-61471 – (Judge Williams/Simonton)

THOMAS S. ROSS,
Plaintiff,

vs.

APPLE, INC.,
Defendant.
_____/


STATE OF FLORIDA        )
                                )
                                )
                                )
COUNTY OF BROWARD   )


### AFFIDAVIT IN SUPPORT OF
### MOTION FOR REIMBURSEMENT OF COSTS OF SERVICE OF SUMMONS
### PURSUANT TO RULE 4

Now comes THOMAS S. ROSS, Affiant, and, in support of the above captioned Motion, states as follows and includes by reference, attached exhibits:

1.      I am Thomas S. Ross;

2.      I am the Plaintiff in this instant case;

3.      I am proceeding as Attorney *Pro Se*;

4.      Plaintiff is the Affiant;

5.      On June 27, 2016, Ross filed Complaint against Apple, Inc. styled as *Thomas S. Ross v Apple, Inc.*, Case # 16-61471-CV

On Information and belief, Affiant states as follows:

6.  On June 27, 2916, I forwarded the Complaint *sans* Exhibits, the Plaintiff's Affidavit in Support of the Complaint, Request of Waiver of Summons, pursuant to Rule 4 of the Federal

1

Rules of Civil Procedure, to the last known counsel of record, Jeffrey Lasker, by U.S. Mail, except that the self-addressed envelope to be used to return the response to the request, was accidentally omitted.

7. On July 7, 2016, I forwarded to the last known counsel of record, Jeffrey Lasker, by U.S. Mail, a 2nd package containing the Complaint *sans* Exhibits, the Affidavit in Support and the Request for Waiver of Summons, this time, including the stamped, self-addressed envelope, as required by Rule 4.

8. On July 18, 2916, I, once again, forwarded by U.S. Mail, this time Certified Mail, a 3rd package containing the Complaint *sans* Exhibits, the Affidavit in Support and the Request for Waiver of Summons, not only to Jeffrey Lasker, Esq., the last know counsel of Record for Apple, Inc., but also to the Registered Agent of Record for Apple, Inc., CT Corporation System, 818 West Seventh St., Suite 930, Los Angeles, CA 90017.

9. As of August 1, 2016, I had not received a response from the Defendant.

10. On August 1, 2016, I secured a SUMMONS, duly signed by the Clerk of the Court.

11. On August 1, 2016, I dispatched, via Federal Express overnight delivery, the Summons, the Complaint *sans* Exhibits, and the Affidavit in Support of the Complaint, to Brandon A. Ross, acting as Process Server.

12. On August 2, 2016, Brandon A. Ross delivered and served the Summons, the Complaint *sans* Exhibits, and the Affidavit in Support of the Complaint, upon CT Corporation System, 818 West Seventh Street, Suite 130, Los Angeles, CA 90017 who, according to the Secretary of State of California, is the Registered Agent of record for Apple, Inc., whose entity number is C0806592.

13. On August 2, 2016, Vivian Imperial, Sr. SOP Operations Intake Coordinator, CT Corporation System, accepted delivery of the Summons, the Complaint *sans* Exhibits, and the Affidavit in Support of the Complaint, , in this instant case, but declined to sign the Receipt of Service.

14. The costs incurred to affect the service of process are:

    a.  Drafting the Summons: 0.4 hrs. at $130.00        $ 52.00

    b.  Delivering the Summons to the Court and

        obtaining signature of the Clerk of the Court: 0.2 at $ 75.00    $ 15.00

    c.  Cost of FedEx Overnight Delivery:        $ 66.32

    d.  Cost of mailing copy to Timothy Cook, Apple, Inc. by US Mail  $  2.41

    e.  Cost of Service of Process:

        i.  Travel: 25 miles at $.58/mile        $ 14.50

        ii.  Service fee:        $100.00

    f.  **TOTAL**        **$250.23**

I, THOMAS S. ROSS, Affiant, states, under penalty of perjury, that, with respect to <u>Motion for Reimbursement of Costs of Service of Summons Pursuant to Rule 4,</u> and this Affidavit in support thereof, as to statements of fact, they are true and correct, to the best of my knowledge, and as to statements of information and belief, I believe them to be true.

THOMAS S. ROSS

Dated: _Aug 9_____, 2016
Miramar, Florida

Respectfully submitted,

Thomas S. Ross, Affiant
P.O. Box 279381
Miramar, Florida, 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-61471-CV (Judge Williams/Simonton)**

THOMAS S. ROSS,                                    )
                        Plaintiff                  )
vs.                                                )
                                                   )
APPLE INC., a California corporation               )
                                                   )
                        Defendant                  )
_____

## [PROPOSED] ORDER GRANTING MOTION FOR
## REIMBURSEMENT OF COSTS OF SERVICE OF SUMMONS PURSUANT TO RULE 4

1.  Plaintiff, THOMAS S. ROSS (Ross), having filed a Complaint in this cause, on June 27, 2016, and

2.  Ross, having forwarded the Complaint to Defendant, along with a request for waiver of Summons, pursuant to Rule 4 of the FRCP, on June 27, 2016, and

3.  Defendant, Apple, Inc., having failed to respond within the 30 days provided by Rule 4,

4.  Plaintiff was compelled to secure, and did,  a SUMMONS, on August 1, 2016, and to serve same to the Registered Agent for Apple, Inc., on August 2, 2016, and

5.  In so doing, incurred a total cost of $250.23 that, pursuant to Rule 4, is reimbursable to Plaintiff.

Having reviewed and considered the Motion and the pleadings in support thereof, and finding good cause therefor, the Court rules as follows:

**IT IS HERBY ORDERED:**
   1.  The Motion is Granted;
   2.  Defendant shall have_____ days to reimburse Plaintiff.


DATED_____          _____
                                       The Honorable Kathleen M. Williams,
                                       Judge of the United States District or
                                       Andrea M Simonton, Magistrate Judge
                                       Court for the Southern District of
                                       Florida

59

60                              **Certificate of Service**

61          **Plaintiff Ross hereby certifies** that a true and correct copy of the foregoing was served

62    by US Mail on _Aug 9_ , 2016 on all counsel or parties of record on the Service List below.

63

64                              THOMAS S. ROSS
65                              Attorney *Pro Se*
66                              P.O. Box 279381
67                              Miramar, Florida 33027
68                              Telephone: 954-312-7532
69                              Facsimile: 954-312-7604
70                              Email: erd1992@globarize.com
71

## SERVICE LIST

**Registered Agent of Record**
Apple, Inc.
Entity # C0806592
C/O CT CORPORATION SYSTEM
818 West Seventh Street
Suite 930
Los Angeles, CA  90017

**Corporate Officer**
Timothy Cook, President and CEO
Apple, Inc.
1 Infinite Loop
Cupertino, CA  905014

**Attorney for Defendant**
Jeffrey Lasker, Esq., IP Transactions
Apple, Inc.
1 Infinite Loop  MS 169-31PL
Cupertino, CA  905014

# EXHIBITS

# EXHIBIT A

**REQUEST FOR WAIVER OF SUMMONS**

June 27, 2016


Jeffrey V. Lasker IP Transactions
APPLE, INC.
1 Infinite Loop MS 169-31PL
Cupertino, California 95014



To Mr. Lasker:

      Please find enclosed copy of Complaint for Misappropriation of Intellectual Property and Copyright Infringement in the case of Thomas S. Ross v. Apple, Inc., Case No. 16-61471-CV filed in United States District Court for the Southern District of Florida. Please note that the Exhibits have not been included herein but are available in their entirety at the Clerk's Office. Please let me know whether you would like me to forward the Exhibits that are part of this case.


Sincerely,

Thomas S. Ross
*Pro Se*
P.O. Box 279381
Miramar, Florida  33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO 16-61471-CV (Judge Williams/Simonton)

| | | |
|---|---|---|
| THOMAS S. ROSS, | ) | |
|        Plaintiff | ) | |
| vs. | ) | |
| | ) | **COPY** |
| APPLE, INC., a California corporation | ) | |
| | ) | |
|        Defendant | ) | |

## Notice of Lawsuit and Request for Waiver of Service of Summons

**TO**: Jeffrey V. Lasker, Esq., IP Transactions, Apple, Inc.:

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Southern District of Florida and has been assigned docket number **16-61471-CV**

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within **30 days** after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you.

The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before **60 days** from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and

will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you

are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the

duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this 27th day of June, 2016.


_____

*Thomas S. Ross, Attorney Pro Se*


### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by US Mail, as required by Rule
5(b)(2)(B) of the FRCP, on **June 27, 2016** on all counsel or parties of record on the attached service list.

THOMAS S. ROSS

Dated June 27, 2016


_____

Thomas S. Ross, Attorney *Pro Se*
P.O. Box 279381
Miramar, Florida, 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com
Thomas S. Ross, Attorney *Pro Se* for
Plaintiff/Thomas S. Ross

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO 16-61471-CV (Judge Williams/Simonton)**

THOMAS S. ROSS,                      )
Plaintiff.                           )
vs.                                  }
                                     )
APPLE, INC.,                         )
Defendant.                           )
_____)

**COPY**

<u>**Waiver of Service of Summons**</u>

**TO:** Thomas S. Ross, Plaintiff *Pro Se*

I acknowledge receipt of your request that I waive service of a summons in the action of Thomas S. Ross v

APPLE, INC. which is case number **16-61471-CV** in the United States District Court for the Southern District

of Florida I have also received a copy of the complaint in the action, two copies of this instrument, and a means

by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not

requiring that I (or the entity on whose behalf I am acting) be served with judicial

process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the

jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the

summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer

or motion under Rule 12 is not served upon you within **60 days** after **June 27, 2016** or within 90 days after that

date if the request was sent outside the United States.

_____          _____
Date                              Signature
                                  Jeffrey V. Lasker, IP Transactions
                                  Attorney for Apple, Inc.

DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

(As added Apr. 22, 1993, eff. Dec. 1, 1993.)

```
=====================================
              SOUTHSIDE
          2801 S FEDERAL HWY
          FORT LAUDERDALE
                 FL
             33316-9998
             1130610251
06/27/2016    (800)275-8777   5:14 PM
=====================================
=====================================
Product              Sale      Final
Description          Qty       Price

PM 2-Day              1        $7.85
    (Domestic)
    (CUPERTINO, CA  95014)
    (Weight:0 Lb 8.40 Oz)
    (Expected Delivery Day)
    (Wednesday 06/29/2016)
    (USPS Tracking #)
    (9505 5152 3143 6179 0062 75)
Insurance             1        $0.00
    (Up to $50.00 included)

Total                          $7.85

Credit Card Remitd             $7.85
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX7306)
    (Approval #:031417)
    (Transaction #:918)

Includes up to $50 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
************************************

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
************************************

All sales final on stamps and postage
Refunds for guaranteed services only
```

Refunds for guaranteed services only
Thank you for your business
HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5330-0087-003-00003-00556-01

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Bill #:  840-53300087-3-300556-1
Clerk:   12

July 7, 2016


Jeffrey V. Lasker IP Transactions
APPLE, INC.
1 Infinite Loop MS 169-31PL
Cupertino, California 95014



To Mr. Lasker:

   While I mailed the original of this Complaint and Request for Waiver on June 27, 2016, I neglected to enclose an envelope with pre-paid postage. Therefore, please find enclosed copy of Complaint for Misappropriation of Intellectual Property and Copyright Infringement in the case of Thomas S. Ross v. Apple, Inc., Case No. 16-61471-CV filed in United States District Court for the Southern District of Florida on June 27, 2016, and a request for Waiver of Service of Summons, pursuant to Rule 4(d) and a pre-paid envelope for return of your response. Please note that the Exhibits have not been included herein but are available in their entirety at the Clerk's Office. Please let me know whether you would like me to forward the Exhibits that are part of this case.

I apologize for any inconvenience this might have caused.


Sincerely,

Thomas S. Ross
*Pro Se*
P.O. Box 279381
Miramar, Florida  33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

#2

*For waiver of Summons w/ return self address Envelope w/ postage*

```
============================================
                SOUTHSIDE
            2801 S FEDERAL HWY
             FORT LAUDERDALE
                   FL
                33316-9998
                1130610251
07/07/2016     (800)275-8777    5:18 PM
============================================
```

| Product Description | Sale Qty | Final Price |
|---|---|---|
| VintageTulip | 1 | $0.68 |

(Unit Price:$0.68)   *ret. Env*

PM 2-Day        1        $7.85
  (Domestic)
  (CUPERTINO, CA  95014)
  (Weight:0 Lb 9.50 Oz)
  (Expected Delivery Day)
  (Saturday 07/09/2016)
  (USPS Tracking #)
  (9505 5152 3143 6189 0127 61)

*waiver of Service copey #2 Lodriez, Esq*

Insurance       1        $0.00
  (Up to $50.00 included)

Total                   $8.53

Debit Card Remit'd      $8.53
  (Card Name:Debit Card)
  (Account #:XXXXXXXXXXXX7306)
  (Approval #:021817)
  (Transaction #:168)
  (Receipt #:002257)
  (Debit Card Purchase:$8.53)
  (Cash Back:$0.00)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

***********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting

July 18, 2016

*Mailed by Certified Mail*
*7·18·16*

**COPY**

Timothy Cook, CEO
**APPLE, INC.**
c/o CT CORPORATION SYSTEM
818 West Seventh St. STE 930
Los Angeles, CA  905014

To Mr. Timothy Cook:

      While I mailed the original of this Complaint and Request for Waiver on June 27, 2016, to Jeffrey V. Lasker, IP Transactions, of your firm, with whom I had former contact, I decided, in abundance of caution, to also route this through your Registered Agent of record.

      Therefore, please find enclosed copy of Complaint styled as Thomas S. Ross v. Apple, Inc., Case No. 16-61471-CV filed in United States District Court for the Southern District of Florida, on June 27, 2016, and a request for Waiver of Service of Summons, pursuant to Rule 4(d) and a pre-paid envelope for return of your response.  Please note that the Exhibits have not been included herein but are available in their entirety at the Clerk's Office.  Please let me know whether you would like me to forward the Exhibits that are part of this case.

I apologize for any inconvenience this might have caused.

Sincerely,

Thomas S. Ross
*Pro Se*
P.O. Box 279381
Miramar, Florida  33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

Encl.   Complaint
       Request of Waiver of Service

**Cc:**   Jeffrey V. Lasker IP Transactions
       APPLE, INC.
       1 Infinite Loop MS 169-31PL
       Cupertino, California 95014

*Mailed by Certified Mail*
*7·18·16*



Secretary of State banner

| | Secretary of State Main Website | Business Programs | Notary & Authentications | Elections | Campaign & Lobbying |

**Business Entities (BE)**

Online Services
- E-File Statements of
  Information for
  Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information
(annual/biennial reports)

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business
  Solicitations



# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday
mornings. Results reflect work processed through Friday, July 15, 2016. Please refer to
**Processing Times** for the received dates of filings currently being processed. The data
provided is not a complete or certified record of an entity.

| Entity Name: | APPLE INC. |
|---|---|
| Entity Number: | C0806592 |
| Date Filed: | 01/03/1977 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 1 INFINITE LOOP |
| Entity City, State, Zip: | CUPERTINO CA 95014 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 WEST SEVENTH ST STE 930 |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's
database.

- If the status of the corporation is "Surrender," the agent for service of process is
  automatically revoked. Please refer to California Corporations Code **section 2114**
  for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports
  or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions
  and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

Privacy Statement | Free Document Readers

Copyright © 2016    California Secretary of State

**U.S. Postal Service**

**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com*.

LOS ANGELES, CA 90017

| Certified Mail Fee | $3.30 | 0251 |
| --- | --- | --- |
| $ | | 08 |

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)  $ $2.70
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

| Postage | $2.83 |
| --- | --- |
| $ | |
| Total Postage and Fees | $8.83 |
| $ | |

Postmark
Here

07/18/2016

7015 3010 0000 0219 1668

Sent To  *CT Corporation System*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®  *Los Angeles CA 90017*

**U.S. Postal Service**

**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com*.

CUPERTINO, CA 95014

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.47 |
| $ | |
| Total Postage and Fees | |
| $ | $6.47 |

Postmark
Here

07/18/2016

Sent To *Jeffrey V. Kosher, Esq. APPLE, INC*

Street and Apt. No., or PO Box No.

City, State, ZIP+4® *Cupertino, CA*

7015 3010 0000 0219 1651

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.

CERTIFIED MAIL

A. Signature

X Gipboji Gun

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
7-2

1. Article Addressed to:

Jeffrey V. Lasker
IP Transactions
APPLE, INC.
1 Infinite Loop MS 169-3101
Cupertino, California 95014

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☒ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7015 3010 0000 0219 1651

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1542

# EXHIBIT B

**SERVICE OF SUMMONS**



Address:                1501 SE 17TH ST
                        FORT LAUDERDALE
                        FL 33316
Location:               HWOK
Device ID:              -BTC01
Transaction:            880141857931

FedEx Priority Overnight
   783714109398    0.6 lbs. (S)      $66.32
        Declared Value    0

        Shipment subtotal:          $66.32

            Total Due:              $66.32

        (S) CreditCard:             $66.32
        ***********7306

        M = Weight entered manually
        S = Weight read from scale;
        T = Taxable item

    Terms and Conditions apply.  See
    fedex.com/us/service-guide for details.

        Visit us at: fedex.com
        Or call 1.800.GoFedEx
            1.800.463.3339

    August 1, 2016 1:54:37 PM

    ********** WE LISTEN **********
        Tell us how we're doing
    & receive a discount on your next order!
    fedex.com/welisten or 800-398-0242
        Redemption Code: _____

        *** Thank you ***



# FedEx® Tracking

**783714109398**

Ship date:
**Mon 8/01/2016**
Miramar, FL US

**Delivered**
*Signed for by: J.JASON*

Actual delivery:
**Tue 8/02/2016 9:55 am**
Burbank, CA US

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| - 8/02/2016 - Tuesday | | |
| 9:55 am | Delivered | Burbank, CA |
| 8:48 am | On FedEx vehicle for delivery | SUN VALLEY, CA |
| 8:06 am | At local FedEx facility | SUN VALLEY, CA |
| 4:38 am | At destination sort facility | LOS ANGELES, CA |
| 3:46 am | Departed FedEx location | FORT WORTH, TX |
| 12:07 am | Arrived at FedEx location | FORT WORTH, TX |
| - 8/01/2016 - Monday | | |
| 8:50 pm | Left FedEx origin facility | FORT LAUDERDALE, FL |
| 8:12 pm | Picked up | FORT LAUDERDALE, FL |
| 1:54 pm | Picked up<br>Tendered at FedEx Office | FORT LAUDERDALE, FL |
| 12:57 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 783714109398 | **Service** | FedEx Priority Overnight |
| **Weight** | 1 lbs / 0.45 kgs | **Delivered To** | Shipping/Receiving |
| **Total pieces** | 1 | **Total shipment weight** | 1 lbs / 0.45 kgs |
| **Terms** | Shipper | **Packaging** | FedEx Pak |
| **Special handling section** | Deliver Weekday | **Standard transit** | 8/02/2016 by 10:30 am |

© FedEx 1995-2016

Civil Action No. 16-61471-CV

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **APPLE, INC.,** was received by me on _____8-2-2016_____ ,2016.

XX I served the summons on CT CORPORATION SYSTEM, 818 West Seventh St. STE 930,

Los Angeles, CA 90017, who is designated by law to accept service of process on behalf of

*APPLE, INC*. a California Corporation, Entity Number C0806592, whose principal place of

business is 1 Infinite Loop, Cupertino, CA 95014, on _____8-2-2016_____ ,2016.

*$0.58/mile x 25 miles.*

My fees are $ 14.50 for travel and $ 100 for services, for a total of $ 114.50.

I declare under penalty of perjury that this information is true.

Date: _____8-2-2016_____ , 2016

*Server's signature*

BRANDON A. ROSS
*Printed name and title*

225 N. Rose St. #411 Burbank, CA 91505
*Server's address*

Additional information regarding attempted service, etc:
CT declined to sign reciept instead offered business card
of Vivian Imperial, Sr SOP Operations Intake Coordinator,

Civil Action No. 16-61471-CV

**RECEIPT OF SERVICE**



On August____, 2016,  this summons for **APPLE, INC.,**

was received by me, _____, an authorized employee or agent of
*(Print First and Last Name)*

CT CORPORATION SYSTEM, 818 West Seventh St. STE 930, Los Angeles, CA ~~905014~~ 9 0017, who

is designated by law to accept service of process on behalf of ***APPLE, INC***. a California

Corporation, Entity Number C0806592, whose principal place of business is 1 Infinite Loop,

Cupertino, CA 95014.


I declare under penalty of perjury that this information is true.

Date: August_____, 2016


_____

*Recipient's signature*

rs Kluwer

**Vivian Imperial**
Sr SOP Operations Intake Coordinator
T    ration

818 West Seventh Street
Suite 930
Los Angeles, CA 90017

37 4615
kluwer.com



Secretary of State banner

| Secretary of State Main Website | Business Programs | Notary & Authentications | Elections | Campaign & Lobbying |

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, July 15, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | APPLE INC. |
| Entity Number: | C0806592 |
| Date Filed: | 01/03/1977 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 1 INFINITE LOOP |
| Entity City, State, Zip: | CUPERTINO CA 95014 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 WEST SEVENTH ST STE 930 |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2016   California Secretary of State

Phone: 213-337-4615

Office hours: Mon-Fri
8:00 AM - 3 PM

```
============================================
                SOUTHSIDE
          2801 S FEDERAL HWY
            FORT LAUDERDALE
                   FL
              33316-9998
              1130610251
08/01/2016   (800)275-8777   2:05 PM
============================================
============================================
Product                   Sale      Final
Description                Qty       Price

First-Class                 1        $2.41
Mail
Large Envelope
    (Domestic)
    (CUPERTINO, CA  95014)
    (Weight:0 Lb 7.70 Oz)
    (Expected Delivery Day)
    (Thursday 08/04/2016)

Total                                $2.41

Debit Card Remit'd                   $2.41
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX7306)
    (Approval #:070514)
    (Transaction #:698)
    (Receipt #:002808)
    (Debit Card Purchase:$2.41)
    (Cash Back:$0.00)


********************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
********************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


********************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
********************************************


All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business

      HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

            Go to:
    https://postalexperience.com/Pos

  840-5330-0087-003-00004-20819-02

      or scan this code with
      your mobile device:
```