UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61471-CV (Judge Williams/Simonton)

FILED BY ___ D.C.
AUG 1 2 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THOMAS S. ROSS, )
       Plaintiff )
vs. )
 )
APPLE INC., a California corporation )
 )
       Defendant )

## NOTICE OF FILING
## PROOF OF SERVICE

NOW COMES PLAINTIFF, Thomas S. Ross (Ross), *PRO SE,* and files this **Proof of Service** pursuant to Rule 4(*l*)(1).

THOMAS S, ROSS

Dated: Aug 11, 2016

Respectfully submitted,

THOMAS S. ROSS
Pro Se Attorney
P.O. Box 279381
Miramar, Florida 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

Civil Action No. 16-61471-CV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **APPLE, INC.**, was received by me on ___8-2-2016___, 2016.

__XX__ I served the summons on CT CORPORATION SYSTEM, 818 West Seventh St. STE 930, Los Angeles, CA 90017, who is designated by law to accept service of process on behalf of **APPLE, INC.** a California Corporation, Entity Number C0806592, whose principal place of business is 1 Infinite Loop, Cupertino, CA 95014, on ___8-2-2016___, 2016.

$0.58/mile x 25 miles.
My fees are $ __14.50__ for travel and $ __100__ for services, for a total of $ __114.50__.

I declare under penalty of perjury that this information is true.

Date: ___8-2-2016___, 2016

_____
Server's signature

BRANDON A. ROSS
*Printed name and title*

225 N. Rose St. #411 Burbank, CA 91505
_____
Server's address

Additional information regarding attempted service, etc:
CT declined to sign reciept instead offered business card of Vivian Imperial, Sr SOP Operations Intake Coordinator.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61471-CV (Judge Williams/Simonton)

| | |
|---|---|
| THOMAS S. ROSS, <br>       Plaintiff <br><br> vs. <br><br> APPLE INC., a California corporation <br><br>       Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   **JURY TRIAL DEMANDED** <br> ) |

## SUMMONS

To:   Tim Cook, CEO
       APPLE, INC.
       c/o CT CORPORATION SYSTEM
       818 West Seventh St. STE 930
       Los Angeles, CA  905014

A lawsuit has been filed against you.

Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, THOMAS S. ROSS, *Pro Se*, whose address is P.O. Box 279381, Miramar, Florida 33027.

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**STEVEN M. LARIMORE**

Date: __AUG - 1 2016__, 2016       _Kin L Streets_ — DEPUTY
                                                       Clerk of Court        CLERK

(Court Seal)

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by US Mail on _Aug 11_, 2016 on all counsel or parties of record on the Service List below.

_____

THOMAS S. ROSS
Attorney *Pro Se*
P.O. Box 279381
Miramar, Florida 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

## SERVICE LIST

**Registered Agent of Record**
Apple, Inc.
Entity # C0806592
C/O CT CORPORATION SYSTEM
818 West Seventh Street
Suite 930
Los Angeles, CA  90017

**Corporate Officer**
Timothy Cook, President and CEO
Apple, Inc.
1 Infinite Loop
Cupertino, CA ~~905014~~ 95014

**Attorney for Defendant**
Jeffrey Lasker, Esq., IP Transactions
Apple, Inc.
1 Infinite Loop  MS 169-31PL
Cupertino, CA ~~905014~~ 95014