UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61471-CIV-WILLIAMS

THOMAS S. ROSS,

    Plaintiff,

vs.

APPLE, INC.

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on *pro se* Plaintiff Thomas S. Ross's motion for reimbursement of costs of service of summons pursuant to Rule 4. (DE 6). In the motion, Ross indicates that on July 18, 2016, he sent by Certified U.S. Mail a package to the registered agent for service of process for Defendant Apple, Inc. ("Apple") requesting a waiver of summons. (DE 6 ¶ 4).[1] Ross waited 14 days—until August 1, 2016—and having received no response from Apple, requested the Clerk to issue a summons to serve on Apple. (DE 6 ¶¶ 5-6). Ross now asks the Court to award his expenses of $250.23 for effecting service of process because Apple failed to waive service. However, in order to recoup the expenses incurred in effecting service following a failure to waive, Ross was required to give Apple "a reasonable time of at least 30 days" to respond to his request for a waiver of summons. Fed. R. Civ. P.

---

[1] Ross also indicates that he sent two packages on June 27, 2016 and July 7, 2016 to a Jeffrey Lasker, Esq., who Ross identifies—without competent support—as the "last known counsel of record" for Apple. (DE 6 ¶¶ 2-3). For purposes of this analysis, the Court disregards these mailings, which were not directed to Apple's registered agent or to another appropriate representative of Apple as required by the Federal Rule of Civil Procedure. *See* Fed. R. Civ. P. 4(d)(1)(A)(ii).

4(d)(1)(F). Ross gave Apple only 14 days to respond. Accordingly, it is **ORDERED AND ADJUDGED** that Ross's motion (DE 6) is **DENIED**.

It is further **ORDERED AND ADJUDGED** that Ross shall effect service of process on Apple and separately file proof of service to the docket as required by Rule 4(l) of the Federal Rules of Civil Procedure by **no later than September 26, 2016**. If Apple has not been served with notice of this action and Ross has not filed proof of service by that day, this action will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in chambers in Miami, Florida, this 11th day of August, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:  Thomas S. Ross
     PO Box 279381
     Miramar, FL 33027