UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61471-CV (Judge Williams/Simonton)

THOMAS S. ROSS, )
      Plaintiff )
vs. )
  )
APPLE INC., a California corporation )
  )
      Defendant )



## MOTION TO RECONSIDER OR OTHERWISE MODIFY ORDER AS TO REIMBURSEMENT OF COSTS OF SERVICE

NOW COMES PLAINTIFF, Thomas S. Ross (Ross), *PRO SE,* states as follows and, in support thereof, includes Affidavit in Support of Motion To Reconsider or Otherwise Modify Order as to Reimbursement of Costs of Service, as captioned above, and exhibits attached thereto, by reference:

    1.    On August 11, 2016, This Court Issued an Order Denying Ross's Motion For Reimbursement of Cost of service of Summons Pursuant to Rule 4, filed on August 10, 2016;

    2.    In the Order, the Court acknowledged that the first mailing was on June 27, 2016 to Jeffrey Lasker, Esq., who, the Court states, "Ross identifies – without competent support-as the "last counsel of record", for Apple. (See ORDER, footnote 1);

    3.    In the Order, the Court concluded that, July 18, 2016 was the valid date of service, and counting therefrom, Ross failed to give Apple sufficient time to respond, before obtaining a Summons from the Clerk of the Court, thus, denied the Motion for Reimbursement of Costs to serve the Summons.

## ARGUMENT

Ross respectfully requests that this Honorable Court reconsider the June 27, 2016 date as the valid date of service to defendant, for purposes of counting the 30 day waiting period for receiving a Waiver of Service of Summons, as provided by Rule 4 for the following reasons:

1. On June 27, 2016, Ross sent the Request for Waiver of Summons to Jeffrey Lasker, Esq. who, Ross submits, is, in fact, an "appropriate representative" of Apple, within the meaning of Rule 4(d)(1)(A)(ii) and Rule 4(h) of the Federal Rules of Civil Procedures[1], by virtue of the fact that Mr. Lasker had identified himself as Apple's "Legal Counsel", as evidenced by correspondence of June 9, 2015, in response to a Cease and Desist Demand to Apple, Inc. (See Complaint's Exhibit C.4 and included herein as Exhibit A);

2. A comparison of Jeffrey Lasker's address on the stationary he used on June 9, 2015, to the address of the Business Entity, Apple, Inc., whose Registered Agent is CT Corporation System, as reflected in the website of the Secretary of State of California, conclusively evidence that Apple, Inc. and Jeffrey Lasker, Esq. resided in the same place.

THEREFORE, Ross respectfully submits that it was, and is, reasonable to consider, Jeffrey Lasker, Esq. an "appropriate representative" of Apple, within the meaning of Rule 4(d)(1)(A)(ii).

---

[1] Rule 4(d)(1)(A)(ii) (" * * * *for a defendant subject to service under Rule 4(h), to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process* * * *")

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Ross prays that this honorable Court reconsiders its ruling of August 11, 2016, as follows:

1. Jeffrey Lasker, Esq., Legal Counsel of Apple, Inc. was an appropriate representative for purposes of service under Rule 4(d)(1)(A)(ii) and Rule(h);

2. That June 27, 2016 was the date of proper notice for the Request of Waiver of Service of Summons upon the Defendant, and

3. That August 1, 2016 was past the 30 days requirement of Rule 4;

4. That Apple, Inc. is to reimburse Ross the total amount of the costs to serve the SUMMONS, as provided by Rule 4, or provide such other relief as the Court may deem just and proper.

THOMAS S. ROSS

Dated: Aug 16, 2016

Respectfully submitted,

THOMAS S. ROSS
*Pro Se* Attorney
P.O. Box 279381
Miramar, Florida 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-61471 – (Judge Williams/Simonton)

THOMAS S. ROSS,
Plaintiff,

vs.

APPLE, INC.,
Defendant.
_____/

STATE OF FLORIDA   )
                   )
                   )
                   )
COUNTY OF BROWARD  )

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO RECONSIDER OR OTHERWISE MODIFY ORDER AS TO**
**REIMBURSEMENT OF COSTS OF SERVICE**

I, THOMAS S. ROSS, Affiant, being duly sworn, state as follows:

1. I am Thomas S. Ross;

2. I am the Plaintiff in this instant case;

3. Plaintiff is the Affiant;

4. I am proceeding as Attorney *Pro Se* and I am familiar with the file, records and pleadings in this matter;

5. The Motion To Reconsider or Otherwise Modify Order as to Reimbursement of Costs of Service was filed on ___Aug 16___, 2016;

I, THOMAS S. ROSS, Affiant, states, under penalty of perjury, that, with respect to the above captioned Motion, and this Affidavit in support thereof, as to statements of fact, they are true and

1

correct, to the best of my knowledge, and as to statements of information and belief, I believe them to be true.

THOMAS S. ROSS

Dated: Aug 16, 2016
Miramar, Florida 33027

Respectfully submitted,

_____
Thomas S. Ross, Affiant
P.O. Box 279381
Miramar, Florida, 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

2

# EXHIBIT A



June 9, 2015          Via Overnight Mail & Email

Courtney B. Weisholtz
Courtney B. Weisholtz, P.A.
PO Box 277794
Miramar, Florida 33027
Email: cbwlegal@aol.com

         Re:     Thomas S. Ross

Dear Courtney,

I write in response to your letters dated May 4, 2015 and June 1, 2015, and to follow up on our phone conversation on May 20, 2015.

Based on our understanding of the matter, Mr. Ross is claiming copyright in certain patent applications. During our conversation on May 20, you were unable to provide any details as to how you contend Apple accessed Mr. Ross's patent applications, other than to say that Apple copied Mr. Ross's "ideas." You also confirmed that Mr. Ross's patent applications were not disseminated or published, other than possibly in connection with filings relating to Mr. Ross's litigation against the U.S. government.

We have investigated Mr. Ross's claims and believe they have no merit. Copyrights do not protect "ideas." *Feist Pubs., Inc. v. Rural Tel. Serv. Co.*, 499 US 340, 345 (1990). And they do not protect against independent creation. *Harold Lloyd Corp. v. Witwer*, 65 F.2d 1, 4 (9th Cir. 1933) ("There can be no infringement unless there has been a copying either in whole or in part of the copyrighted work."). A claim for copyright infringement thus requires proof of access and actual copying. *Jason v. Fonda*, 698 F.2d 966 (9th Cir. 1982).

Based on the information you provided, Apple could not possibly have had access to, let alone copied, Mr. Ross' applications. Additionally, based on our review of the materials you provided, we do not believe there is any similarity between Apple's products and Mr. Ross's applications. Any pursuit of claims against Apple in light of these facts would be baseless and objectively unreasonable. *See Fogerty v. Fantasy, Inc.*, 94 F.3d 553 (9th Cir. 1996). We, therefore, do not believe there are any grounds for Apple to cease any activities or provide any compensation to Mr. Ross.

If you would like to discuss this matter further, please feel free to contact me. Absent further information from you, we will consider this matter closed.

Regards,

*[signature]*

Jeffrey V. Lasker
Legal Counsel, IP Transactions

Apple Inc.
Jeffrey Lasker
408-862-1377
1 Infinite Loop, MS 169-3IPL
Cupertino, CA 95014-2084

June 27, 2016


Jeffrey V. Lasker IP Transactions
APPLE, INC.
1 Infinite Loop MS 169-31PL
Cupertino, California 95014

To Mr. Lasker:

      Please find enclosed copy of Complaint for Misappropriation of Intellectual Property and Copyright Infringement in the case of <u>Thomas S. Ross v. Apple, Inc.</u>, Case No. 16-61471-CV filed in United States District Court for the Southern District of Florida. Please note that the Exhibits have not been included herein but are available in their entirety at the Clerk's Office. Please let me know whether you would like me to forward the Exhibits that are part of this case.


Sincerely,


Thomas S. Ross
*Pro Se*
P.O. Box 279381
Miramar, Florida 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

Secretary of State banner

Secretary of State Main Website | Notary & Authentications | Elections | Campaign & Lobbying

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, July 15, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | APPLE INC. |
| Entity Number: | C0806592 |
| Date Filed: | 01/03/1977 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 1 INFINITE LOOP |
| Entity City, State, Zip: | CUPERTINO CA 95014 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 WEST SEVENTH ST STE 930 |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |



Apple's Address

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2016 California Secretary of State

## Certificate of Service

**Plaintiff Ross hereby certifies** that a true and correct copy of the foregoing Motion To Reconsider or Otherwise Modify Order as to Reimbursement of Costs was served by US Mail on Aug 16, 2016 on all counsel or parties of record on the Service List below.

THOMAS S. ROSS
Attorney *Pro Se*
P.O. Box 279381
Miramar, Florida 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

## SERVICE LIST

**Registered Agent of Record**
Apple, Inc.
Entity # C0806592
1 Infinite Loop
Cupertino, CA  95014
**C/O** CT CORPORATION SYSTEM
818 West Seventh Street
Suite 930
Los Angeles, CA  90017

**Corporate Officer**
Timothy Cook, President and CEO
Apple, Inc.
1 Infinite Loop
Cupertino, CA  95014

**Attorney for Defendant**
Jeffrey Lasker, Esq., IP Transactions
Apple, Inc.
1 Infinite Loop  MS 169-31PL
Cupertino, CA  95014