UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61471-CV (Judge Williams/Simonton)

THOMAS S. ROSS,             )
       Plaintiff           )
vs.                         )
                            )
APPLE INC., a California corporation  )
                            )
       Defendant           )

## NOTICE OF FILING
### LETTER TO APPLE EVIDENCING SERVICE OF COURT ORDER OF AUGUST 11, 2016

NOW COMES PLAINTIFF, Thomas S. Ross (Ross), *PRO SE,* and files this, a copy of correspondence to Apple, Inc. evidencing service of the Court Order of August 11, 2016. as ordered therein, by this Court.

THOMAS S, ROSS

Dated: Aug 16, 2016

Respectfully submitted,

THOMAS S. ROSS
Pro Se Attorney
P.O. Box 279381
Miramar, Florida 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

August 15, 2016



Timothy Cook, CEO
APPLE, INC.
Entity #C0806592
c/o CT CORPORATION SYSTEM
818 West Seventh St. STE 930
Los Angeles, CA  90017

To Mr. Timothy Cook:

    Please find enclosed a copy of the Court Order denying Plaintiff's <u>Motion For Reimbursement of Costs of Service of Summons</u> in the case styled as <u>Thomas S. Ross v. Apple, Inc.</u>, Case No. 16-61471-CV filed in United States District Court for the Southern District of Florida, on June 27, 2016,

Sincerely,

Thomas S. Ross
*Pro Se*
P.O. Box 279381
Miramar, Florida  33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

- Encl.   Order of the Court re Motion for Reimbursement of Cost of Service

- Cc:   Timothy Cook, President and CEO, Apple, Inc.
  1 Infinite Loop, Cupertino, CA  95014
  Jeffrey Lasker, Esq., IP Transactions, Apple, Inc.
  1 Infinite Loop, Cupertino, CA  95014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61471-CIV-WILLIAMS

THOMAS S. ROSS,

    Plaintiff,

vs.

APPLE, INC.

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on *pro se* Plaintiff Thomas S. Ross's motion for reimbursement of costs of service of summons pursuant to Rule 4. (DE 6). In the motion, Ross indicates that on July 18, 2016, he sent by Certified U.S. Mail a package to the registered agent for service of process for Defendant Apple, Inc. ("Apple") requesting a waiver of summons. (DE 6 ¶ 4).[1] Ross waited 14 days—until August 1, 2016—and having received no response from Apple, requested the Clerk to issue a summons to serve on Apple. (DE 6 ¶¶ 5-6). Ross now asks the Court to award his expenses of $250.23 for effecting service of process because Apple failed to waive service. However, in order to recoup the expenses incurred in effecting service following a failure to waive, Ross was required to give Apple "a reasonable time of at least 30 days" to respond to his request for a waiver of summons. Fed. R. Civ. P.

---

[1] Ross also indicates that he sent two packages on June 27, 2016 and July 7, 2016 to a Jeffrey Lasker, Esq., who Ross identifies—without competent support—as the "last known counsel of record" for Apple. (DE 6 ¶¶ 2-3). For purposes of this analysis, the Court disregards these mailings, which were not directed to Apple's registered agent or to another appropriate representative of Apple as required by the Federal Rule of Civil Procedure. *See* Fed. R. Civ. P. 4(d)(1)(A)(ii).

4(d)(1)(F). Ross gave Apple only 14 days to respond. Accordingly, it is **ORDERED AND ADJUDGED** that Ross's motion (DE 6) is **DENIED**.

It is further **ORDERED AND ADJUDGED** that Ross shall effect service of process on Apple and separately file proof of service to the docket as required by Rule 4(l) of the Federal Rules of Civil Procedure by **no later than September 26, 2016**. If Apple has not been served with notice of this action and Ross has not filed proof of service by that day, this action will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in chambers in Miami, Florida, this 11 day of August, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Thomas S. Ross
PO Box 279381
Miramar, FL 33027

2

34                              **Certificate of Service**

35       **I hereby certify** that a true and correct copy of the foregoing was served by US Mail on

36   *Aug 16*   , 2016 on all counsel or parties of record on the Service List below.

37                                                      _____

38                                              THOMAS S. ROSS
39                                              Attorney *Pro Se*
40                                              P.O. Box 279381
41                                              Miramar, Florida 33027
42                                              Telephone: 954-312-7532
43                                              Facsimile: 954-312-7604
44                                              Email: erd1992@globarize.com
45

```
=====================================
              SOUTHSIDE
          2801 S FEDERAL HWY
           FORT LAUDERDALE
                  FL
              33316-9998
              1130610251
08/15/2016    (800)275-8777   6:06 PM
=====================================
=====================================
Product              Sale       Final
Description          Qty        Price

Quilled Heart         3         $1.41
    (Unit Price:$0.47)

Total                           $1.41

Debit Card Remit'd              $1.41
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX7306)
    (Approval #:050618)
    (Transaction #:960)
    (Receipt #:003082)
    (Debit Card Purchase:$1.41)
    (Cash Back:$0.00)


*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*****************************************


       All sales final on stamps and postage
       Refunds for guaranteed services only
             Thank you for your business

              HELP US SERVE YOU BETTER

            TELL US ABOUT YOUR RECENT
                 POSTAL EXPERIENCE

                     Go to:
          https://postalexperience.com/Pos

          840-5330-0087-003-00004-63769-02

              or scan this code with
               your mobile device:
```



or call 1-800-410-7420.

YOUR OPINION COUNTS

Bill #: 840-53300087-3-463769-2
Clerk:  12

| | |
|---|---|
| 46 | SERVICE LIST |
| 47 | |
| 48 | **Registered Agent of Record** |
| 49 | Apple, Inc. |
| 50 | Entity # C0806592 |
| 51 | 1 Infinite Loop |
| 52 | Cupertino, CA  95014 |
| 53 | **C/O CT CORPORATION SYSTEM** |
| 54 | 818 West Seventh Street |
| 55 | Suite 930 |
| 56 | Los Angeles, CA  90017 |
| 57 | |
| 58 | **Corporate Officer** |
| 59 | Timothy Cook, President and CEO |
| 60 | Apple, Inc. |
| 61 | 1 Infinite Loop |
| 62 | Cupertino, CA  95014 |
| 63 | |
| 64 | **Attorney for Defendant** |
| 65 | Jeffrey Lasker, Esq., IP Transactions |
| 66 | Apple, Inc. |
| 67 | 1 Infinite Loop  MS 169-31PL |
| 68 | Cupertino, CA  95014 |
| 69 | |