UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61471-CIV-WILLIAMS

THOMAS S. ROSS,

    Plaintiff,

vs.

APPLE, INC.

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on *pro se* Plaintiff Thomas S. Ross's motion to reconsider or otherwise modify order as to reimbursement of cost of service. (DE 9). In the motion, Ross again asserts that Jeffrey Lasker, Esq., was a proper agent for service of process pursuant to Federal Rule of Civil Procedure 4(d)(1)(A)(ii) such that he is entitled to the expenses of effecting service of process following Defendant Apple, Inc. ("Apple")'s failure to waive service. The Court has already rejected the argument that Lasker was an appropriate representative of Apple pursuant to Rule 4(d)(1)(A)(ii) (DE 8 at 1 n.1), and Ross's motion presents no appropriate basis to revisit that decision. Consequently, it is **ORDERED AND ADJUDGED** that the motion (DE 9) is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 17 day of August, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Thomas S. Ross
        PO Box 279381
        Miramar, FL 33027