## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-61471-CIV-WILLIAMS

THOMAS S. ROSS,

      Plaintiff,

vs.

APPLE, INC.

      Defendant.

_____/

### ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE,* CONSENTS TO DESIGNATION, AND REQUESTS TO RECEIVE NOTICES OF ELECTRONIC FILINGS

**THIS MATTER** is before the Court on the unopposed motions to appear *pro hac vice* on behalf of Defendant Apple, Inc. of Jane Zenzi Li Carter (DE 12); Clayton C. James (DE 13); Jessica Black Livingston (DE 14); and Katherine A. Nelson (DE 15). The Court having considered the motions, the record, and Plaintiff's lack of opposition, it is **ORDERED AND ADJUDGED** that the motions (DE 12; DE 13; DE 14; DE 15) are **GRANTED**.  Jane Zenzi Li Carter, Clayton C. James, Jessica Black Livingston, and Katherine A. Nelson may appear and participate in this action on behalf of Defendant Apple, Inc.

The Clerk shall provide electronic notification of all electronic filings to:

- Jane Zenzi Li Carter at jane.carter@hoganlovells.com;
- Clayton C. James at clay.james@hoganlovells.com;
- Jessica Black Livingston at jessica.livingston@hoganlovells.com; and
- Katherine A. Nelson at katherine.nelson@hoganlovells.com.

**DONE AND ORDERED** in chambers in Miami, Florida this _____ day of August, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:     Thomas S. Ross
        PO Box 279381
        Miramar, FL 33027