UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61471-CV (Judge Williams/Simonton)

THOMAS S. ROSS, )
        Plaintiff )
vs. )
)
APPLE INC., a California corporation )
) **JURY TRIAL DEMANDED**
        Defendant )

FILED BY _____ D.C.
AUG 2 5 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION FOR CLARIFICATION OF DEFENDANT'S FILINGS OF AUGUST 23, 2016 AT ABOUT 9:00 PM

NOW COMES PLAINTIFF, Thomas S. Ross (Ross), *PRO SE,* states, on information and belief, as follows, and includes an Affidavit in Support hereof:

FACTS

1. Defendant Apple, Inc., by its attorney John O'Sullivan, electronically filed two Motions on August 23, 2016, at approximately 9:00 PM Eastern Standard time, a Motion To Dismiss (Docket Entry 18) and a Corrected Motion to Dismiss (Docket Entry 19);

2. Further, each of the docket entries 18 and 19 state that responses are due 9/9/2016.

ARGUMENT

As to the filing of two Motions to Dismiss, and requiring Plaintiff to address and respond to both would be redundant and a waste of time. While Plaintiff assumes that Defendant's attorney intended for only one to be addressed, that is not what the record reflects and needs to be corrected.

As to the deadline for Plaintiff to submit his response(s), according to F.R.C.P. Rule 12(a), he should be provided 21 days after the date of filing. A deadline of 9/9/2016 is only 17 days.

**Pursuant to Rule 7.1(a)(3)** of the Local Rules of the United States District Court for the Southern District of Florida, the undersigned has attempted to contact counsel for Defendant, via email, regarding this filing, but did not received a clearly affirmative response.

PRAYER

THEREFORE, Plaintiff, *pro se*, THOMAS S. ROSS, requests the Court to omit one Motion to Dismiss, identify the Motion that Plaintiff needs to respond to, and order the Clerk of Court to correct the deadline for a response to reflect 21 days after the date of filing, (September 13, 2016), and have the correction reflected on the appropriate docket entry, or provide such other relief as this Court deems appropriate.

THOMAS S, ROSS

Dated: Aug 25, 2016

Respectfully submitted,

THOMAS S. ROSS
Pro Se Attorney
P.O. Box 279381
Miramar, Florida 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61471-CV (Judge Williams/Simonton)

| | |
|---|---|
| THOMAS S. ROSS, <br> Plaintiff <br> vs. <br> APPLE INC., a California corporation <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING MOTION FOR CLARIFICATION OF DEFENDANT'S FILINGS OF AUGUST 23, 2016 AT ABOUT 9:00 PM

Having reviewed and considered the Motion and the pleadings in support thereof, and finding good cause therefor, the Court rules as follows:

1. Plaintiff shall be required to respond only to Defendant's <u>Corrected Motion to Dismiss</u> Docket Entry 19;
2. The Clerk of the Court is directed to change the response due date to reflect 21 days after the date of Defendant's filing, 9/13/2016.

**IT IS HERBY ORDERED:**
The Motion is Granted.

.

DATED_____            _____
                                                                  The Honorable Kathleen M. Williams,
                                                                  Judge, of the United States District
                                                                  Court for the Southern District of
                                                                  Florida or Andrea M Simonton,
                                                                  Magistrate Judge of the United States
                                                                  District Court for the Southern District
                                                                  of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-61471 – (Judge Williams/Simonton)

THOMAS S. ROSS,
Plaintiff,

vs.

APPLE, INC.,
Defendant.
_____/


STATE OF FLORIDA            )
                            )
                            )
                            )
COUNTY OF BROWARD           )


## AFFIDAVIT IN SUPPORT OF
## REQUEST FOR MOTION FOR CLARIFICATION OF DEFENDANT'S FILINGS OF
## AUGUST 23, 2016 AT ABOUT 9:00 PM

I, THOMAS S. ROSS, Affiant, being duly sworn, state as follows:

1. I am Thomas S. Ross;

2. I am the Plaintiff in this instant case;

3. Plaintiff is the Affiant;

4. I am proceeding as Attorney *Pro Se* and I am familiar with the file, records and pleadings in this matter;

5. Court Docket Entry 18 shows a filing of Plaintiff's Motion to Dismiss, dated 8/23/2016 and states that responses are due on 9/9/2016.

6. Court Docket Entry 19 shows a filing of Corrected Motion to Dismiss, dated 8/23/2016 and states that responses are due on 9/9/2016.

1

I, THOMAS S. ROSS, Affiant, states, under penalty of perjury, that, with respect to the above captioned Complaint, and this Affidavit in support thereof, as to statements of fact, they are true and correct, to the best of my knowledge, and as to statements of information and belief, I believe them to be true.

THOMAS S. ROSS

Dated: _Aug 25_, 2016
Miramar, Florida 33027

Respectfully submitted,

_____
Thomas S. Ross, Affiant
P.O. Box 279381
Miramar, Florida, 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

## Certificate of Service

**I, THOMAS S. ROSS, hereby certify** that a true and correct copy of the foregoing MOTION FOR CLARIFICATION OF DEFENDANT'S FILINGS OF AUGUST 23, 2016 AT ABOUT 9:00 PM and Affidavit in Support was served by US Mail on ___Aug. 25___, 2016, on all counsel or parties of record on the Service List below.

_____
THOMAS S. ROSS
Attorney *Pro Se*
P.O. Box 279381
Miramar, Florida 33027
Telephone: 954-312-7532
Facsimile: 954-312-7604
Email: erd1992@globarize.com

SERVICE LIST
CASE NO. 16-61471-CV (Judge Williams/Simonton)

**Attorney for Defendant APPLE, INC.**
**John F. O'Sullivan**
Hogan Lovells US LLP
Brickell World Plaza
600 Brickell Ave.
Suite 2700
Miami, FL 33131
305 459-6651
Fax: 305-459-6550
Email: john.osullivan@hoganlovells.com

# EXHIBIT

Case 0:16-cv-61471-KMW   Document 20   Entered on FLSD Docket 08/26/2016   Page 8 of 12

AMS

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:16-cv-61471-KMW

Ross v. Apple, Inc.  
Assigned to: Judge Kathleen M. Williams  
Cause: 28:1331 Federal Question

Date Filed: 06/27/2016  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Thomas S. Ross**                    represented by **Thomas S. Ross**  
PO Box 279381  
Miramar, FL 33027  
Email: tross@tchsrc.com  
PRO SE

V.

**Defendant**

**Apple, Inc.**                       represented by **Clayton C. James**  
*a California corporation*            Hogan Lovells US LLP  
1200 17th Street, Suite 1500  
Denver, CO 80202  
303-899-7300  
Email: clay.james@hoganlovells.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Jane Zenzi Li Carter**  
Hogan Lovells US LLP,  
3 Embarcadero Center, Suite 1500  
San Francisco, CA 94111  
415-374-2300  
Email: jane.carter@hoganlovells.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Jessica Black Livingston**  
Hogan Lovells US LLP  
1200 17th Street, Suite 1500  
Denver, CO 80202  
303-899-7300  
Email:

jessica.livingston@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John F. O'Sullivan**
Hogan Lovells US LLP
Brickell World Plaza
600 Brickell Ave.
Suite 2700
Miami, FL 33131
305 459-6651
Fax: 305-459-6550
Email:
john.osullivan@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine A. Nelson**
Hogan Lovells US LLP
1200 17th Street, Suite 1500
Denver, CO 80202
303-899-7300
Email:
katherine.nelson@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2016 | 1 | COMPLAINT against Apple, Inc.. Filing fees $ 400.00 Receipt#: FLS000008156, filed by Thomas S. Ross. (Attachments: # 1 Civil Cover Sheet) (ls) (Attachment 1 replaced on 6/27/2016) (ls). (Entered: 06/27/2016) |
| 06/27/2016 | 2 | Judge Assignment to Judge Kathleen M. Williams (ls) (Entered: 06/27/2016) |
| 06/27/2016 | 3 | FORM AO 121 SENT TO DIRECTOR OF U.S. COPYRIGHT OFFICE (ls) (Entered: 06/27/2016) |
| 06/27/2016 | 4 | Clerks Notice of Receipt of Filing Fee received on 6/27/2016 in the amount of $ 400.00, receipt number FLS 0-8156 (jmd) (Entered: 06/28/2016) |
| 08/01/2016 | 5 | Summons Issued as to Apple, Inc.. (jas) (Entered: 08/02/2016) |
| 08/10/2016 | 6 | MOTION for Reimnursement of Costs of Service of Summons Pursuant to Rule 4 by Thomas S. Ross. (drz) (Entered: 08/10/2016) |
| 08/11/2016 | 8 | ORDER denying 6 Motion for Reimbursement of Costs of Service of Summons. Plaintiff shall effect service of process on Apple and separately file proof of service to the docket as required by Rule 4(l) of the Federal Rules of Civil |

| | | |
|---|---|---|
| | | Procedure by no later than 9/26/2016 re 5 Summons Issued. Signed by Judge Kathleen M. Williams on 8/11/2016. (jas) (Entered: 08/12/2016) |
| 08/12/2016 | 7 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline by Thomas S. Ross. Apple, Inc. served on 8/2/2016, answer due 8/23/2016. (jas) Modified text on 8/12/2016 (jas). (Entered: 08/12/2016) |
| 08/16/2016 | 9 | MOTION for Reconsideration or Otherwise MOTION to Modify re 8 Order on Motion for Reimbursement of Costs of Service of Summons, by Thomas S. Ross. (jas) (Entered: 08/17/2016) |
| 08/16/2016 | 10 | NOTICE of Filing Letter to Apple Evidencing Service Of Court Order by Thomas S. Ross. (jas) (Entered: 08/17/2016) |
| 08/17/2016 | 11 | ORDER denying 9 Motion for Reconsideration ; denying 9 Motion to Modify re 8 Order on Motion for Reimbursement of Costs of Service of Summons. Signed by Judge Kathleen M. Williams on 8/17/2016. (jas) (Entered: 08/18/2016) |
| 08/18/2016 | 12 | Unopposed MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jane Zenzi Li Carter. Filing Fee $ 75.00 Receipt # 113C-9016945 by Apple, Inc.. Attorney John F. O'Sullivan added to party Apple, Inc.(pty:dft). Responses due by 9/6/2016 (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion to Appear Pro Hac Vice)(O'Sullivan, John) (Entered: 08/18/2016) |
| 08/18/2016 | 13 | Unopposed MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Clayton C. James. Filing Fee $ 75.00 Receipt # 113C-9017210 by Apple, Inc.. Responses due by 9/6/2016 (Attachments: # 1 Text of Proposed Order Proposed Order on Motion to Appear Pro Hac Vice)(O'Sullivan, John) (Entered: 08/18/2016) |
| 08/18/2016 | 14 | Unopposed MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jessica Black Livingston. Filing Fee $ 75.00 Receipt # 113C-9017270 by Apple, Inc.. Responses due by 9/6/2016 (Attachments: # 1 Text of Proposed Order Proposed Order on Motinon to Appear Pro Hac Vice)(O'Sullivan, John) (Entered: 08/18/2016) |
| 08/18/2016 | 15 | Unopposed MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Katherine A. Nelson. Filing Fee $ 75.00 Receipt # 113C-9017306 by Apple, Inc.. Responses due by 9/6/2016 (Attachments: # 1 Text of Proposed Order Proposed Order on Motion to Appear Pro Hac Vice)(O'Sullivan, John) (Entered: 08/18/2016) |
| 08/18/2016 | 16 | NOTICE of Attorney Appearance by John F. O'Sullivan on behalf of Apple, Inc. (O'Sullivan, John) (Entered: 08/18/2016) |
| 08/22/2016 | 17 | ORDER granting 12 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney (s) Jane Zenzi Li Carter; granting 13 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Clayton C. James; granting 14 Motion to Appear Pro Hac |

|  |  | Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Jessica Black Livingston; granting 15 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Katherine A. Nelson. Signed by Judge Kathleen M. Williams on 8/19/2016. (mc) (Entered: 08/22/2016) |
|---|---|---|
| 08/23/2016 | 18 | Plaintiff's MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM *Under Fed. R. Civ. P. 12(b)(6)*, MOTION to Dismiss 1 Complaint *for Lack of Standing to Bring a Lanham Act Claim Under Fed. R. Civ. P. 12(b)(1); and Motion to Dismiss State Law Claims* ( Responses due by 9/9/2016) by Apple, Inc.. (O'Sullivan, John) (Entered: 08/23/2016) |
| 08/23/2016 | 19 | Corrected MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM *Under Fed. R. Civ. P. 12(b)(6)*, MOTION to Dismiss 1 Complaint *for Lack of Standing to Bring a Lanham Act Claim Under Fed. R. Civ. P. 12(b)(1); and Motion to Dismiss State Law Claims* ( Responses due by 9/9/2016) by Apple, Inc.. (O'Sullivan, John) (Entered: 08/23/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/24/2016 12:27:12 | | | |
| **PACER Login:** | tross1992:4963751:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 0:16-cv-61471-KMW |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |