UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61471-CIV-WILLIAMS

THOMAS S. ROSS,

    Plaintiff,

vs.

APPLE, INC.

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on *pro se* Plaintiff Thomas S. Ross's motion for clarification of Defendant's filings. (DE 20). Upon review of the motion and the record, it is **ORDERED AND ADJUDGED** that Ross's motion for clarification (DE 20) is **GRANTED IN PART AND DENIED IN PART** as follows:

    1.    Ross shall respond to Defendant Apple Inc. ("Apple")'s corrected motion to dismiss (DE 19) and not the earlier-filed motion to dismiss (DE 18), which is **DENIED AS MOOT**.

    2.    Ross incorrectly asserts that Rule 12(a) of the Federal Rules of Civil Procedure give him 21 days to respond to Apple's corrected motion to dismiss. Pursuant to Local Rule 7.1(c)(1), Ross shall respond Apple's corrected motion to dismiss (DE 19) by **September 9, 2016**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 29th day of August, 2016.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:  Thomas S. Ross
     PO Box 279381
     Miramar, FL 33027