UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61471-CIV-WILLIAMS

THOMAS S. ROSS,

    Plaintiff,

vs.

APPLE, INC.

    Defendant.

_____/

## INSTRUCTION TO *PRO SE* LITIGANTS

**THIS MATTER** is before the Court *sua sponte*. *Pro se* litigants, like all litigants, are required to comply with the rules of civil procedure and the Court's orders. It is therefore **ORDERED** that Plaintiff shall comply with the Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules may be obtained from the Clerk of Court. Some (but not all) of the requirements of the rules of procedure are as follows:

    1. No letters, pleadings, motions, or other documents may be sent directly to a District Judge or Magistrate Judge concerning this case. Instead, pleadings, motions, memoranda, or other matters allowed by the procedural rules must be filed with the Clerk of Court. Any pleadings, motions, memoranda, or other papers submitted directly to a District Judge or Magistrate Judge instead of to the Clerk of Court will be disregarded by the Judge.

    2. *Pro se* litigants may either send or hand-deliver one original and one copy of every pleading, motion, memorandum, or other paper directly to the Clerk of Court. All

pleadings filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See Sample Form Following Local Rule 5.1.* The signature block of each pleading must contain the *pro se* litigant's name, address, and telephone number. Each pleading must also include the full name and address of the defendant, or, if the defendant is represented by a lawyer, the lawyer's name and address.

3. If service cannot be made on a defendant due to lack of information provided by the plaintiff, the case will be dismissed with respect to that defendant.

4. Litigants must promptly notify the Court in writing of any change in address by filing a "Notice of Change of Address," which must include the case number and litigant's name and new address, and must be served on opposing counsel.

5. Motions to Dismiss and Motions for Summary Judgment are dispositive motions which, if granted, will result in dismissal of a case. It is therefore important for *pro se* litigants to respond to these motions within the time prescribed by the Local Rules and the rules of civil procedure.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 29th day of August, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Thomas S. Ross
      PO Box 279381
      Miramar, FL 33027