# EXH. A

THOMAS S. ROSS
P.O. BOX 279381
MIRAMAR, FLORIDA 33027

TELEPHONE: 954-312-7532  FACSIMILE: 954-312-7604

Email: erd1992@globarize.com

November 21, 2016

VIA CERTIFIED MAIL AND EMAIL

John F. O'Sullivan, Esq.
Hogan Lovells US LLP
Brickell World Plaza
600 Brickell Ave.
Suite 2700
Miami, FL 33131

RE:   **Ross vs Apple, Inc.**
      **16-cv-61471**
      F.R.C.P. 26(f) Conference

Dear Mr. O'Sullivan,

    In compliance with the rule cited above, I hereby request that we arrange a time and place for a conference, the purpose of which will be to discuss what initial disclosures are appropriate to make, if any, the timing for making such disclosures, or, alternately discuss objections raised, if any, and to discuss a Proposed Case Management Plan, required therein.

    I suggest that we should meet within the next two or three weeks, say, at 3:30 PM, on 12/7/2016 or 12/14/2016 or 12/28/2016, or at such other date and time as we can agree upon.

    I am amenable to meet in person or through a Skype® videoconference, as we may mutually agree.

Best Regards,


THOMAS S. ROSS
*PRO SE* Plaintiff

cc:   Clayton C. James
      Jane Zenzi Li Carter
      Jessica Black Livingston
      Katherine A. Nelson