# EXH. B

## Garcia, Olga M.

**From:** Garcia, Olga M.
**Sent:** Thursday, December 08, 2016 2:47 PM
**To:** 'erd1992@globarize.com'
**Cc:** James, Clay C.; Carter, Jane Zenzi Li; Black Livingston, Jessica; O'Sullivan, John F.; Nelson, Katherine A.; Chandler Ross
**Subject:** RE: Proposed Case Management Plan (FRCP 26(a) and Local Rule 16.1(a) and (b)

John F. O'Sullivan is traveling. He returns to Miami tomorrow afternoon and will attend to this matter then. Many thanks,

**Olga Garcia**
Senior Paralegal

**Hogan Lovells US LLP**
600 Brickell Avenue
Suite 2700
Miami, FL 33131

Tel:     +1 305 459 6500
Direct:  +1 305 459 6558
Fax:     +1 305 459 6550
Email:   olga.garcia@hoganlovells.com
         www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

**From:** erd1992@globarize.com [mailto:erd1992@globarize.com]
**Sent:** Thursday, December 08, 2016 2:22 PM
**To:** James, Clay C.; Carter, Jane Zenzi Li; Black Livingston, Jessica; O'Sullivan, John F.; Nelson, Katherine A.; Garcia, Olga M.; Chandler Ross
**Subject:** Proposed Case Management Plan (FRCP 26(a) and Local Rule 16.1(a) and (b)

Mr. O'Sullivan,

Pursuant to F.R.C.P. Rule 23(a) and Local Rule 16.1(a) and (b), please find attached Motion for leave to file and Plaintiff's Proposed Case Management Plan.

Please note that on or about November 21, 2016, I had forwarded to your office, and that of your colleagues via email, a letter requesting a conference to discuss the Case Management Plan, but to date of this email, I received no response.

Regards,

Thomas S. Ross

*Pro Se* Plaintiff

Ross v. Apple, Inc.

P.O. Box 279381

Miramar, Florida 33027

1

TELEPHONE: 954-312-7532

FACSIMILE: 954-312-7604

Email: erd1992@globarize.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.