UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 16-CV-61471-KMW**

Thomas S. Ross,

      Plaintiff,

v.

Apple Inc.,

      Defendant.
_____

**NOTIFICATION OF NINETY DAYS EXPIRING REGARDING
APPLE INC.'S MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(4), Defendant Apple Inc. ("Apple") submits this Notification of Ninety Days Expiring. Apple filed and served a Motion to Dismiss for Failure to State a Claim on August 23, 2016 (D.E. 18). Apple filed and served a Corrected Motion to Dismiss for Failure to State a Claim also on August 23, 2016 (D.E. 19). Plaintiff Thomas S. Ross filed and served a Response in Opposition to Apple's Motion to Dismiss on September 8, 2016 (D.E. 23). Apple filed and served its Reply in Support of its Motion to Dismiss on September 19, 2016 (D.E. 27). No hearing has been held on this motion or on any other matter in this case. Accordingly, Apple's Motion to Dismiss has been fully briefed with no hearing set or determination for ninety days as of December 19, 2016.

Respectfully submitted on December 20, 2016.

By: /s/ *John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
(305) 459-6500 (phone)
(305) 459-6550 (fax)
john.osullivan@hoganlovells.com

Clayton C. James
Jessica Black Livingston
Katherine A. Nelson
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
(303) 899-7300 (phone)
(303) 899-7333 (fax)
clay.james@hoganlovells.com
jessica.livingston@hoganlovells.com
katherine.nelson@hoganlovells.com

Jane Carter
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
(415) 374-2300 (phone)
(415) 374-2499 (fax)
jane.carter@hoganlovells.com

*Attorneys for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2016, a copy of the foregoing was electronically filed with the Clerk of the Southern District of Florida using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants. I also certify that I have sent by email and U.S. Mail, first class, a copy of this document to Thomas S. Ross, Pro Se Plaintiff, P.O. Box 279381, Miramar, FL 33027, Email: erd1992@globarize.com.

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154
john.osullivan@hoganlovells.com