UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61471-CIV-WILLIAMS

THOMAS S. ROSS,

    Plaintiff,

vs.

APPLE, INC.,

    Defendant.
_____/

## JUDGMENT

**THIS MATTER** is before the Court on the order dismissing this case without prejudice. (DE 41). In light of that order, judgment is **ENTERED** in favor of Defendant Apple, Inc. and against Plaintiff Thomas S. Ross. Plaintiff Thomas S. Ross shall take nothing from his claims.

**DONE AND ORDERED** in chambers in Miami, Florida, this 18 day of July, 2017.

                              KATHLEEN M. WILLIAMS
                              UNITED STATES DISTRICT JUDGE

cc:    Thomas S. Ross
        PO Box 279381
        Miramar, FL 33027